IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LADATECH, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 09-627 (SLR) |
| ) | |
| ILLUMINA, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |
| ) | |

## RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for LadaTech, LLC ("LadaTech") hereby certifies that Genelabs Technologies, Inc., which is owned by GlaxoSmithKline, owns more than 10% of LadaTech.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Andrew C. Mayo (#5207)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
amayo@mnat.com

*Attorneys For Plaintiff LadaTech, LLC*

December 16, 2009
3069797