IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LADATECH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 09-627 (SLR) |
| | ) |
| ILLUMINA, INC. and SOLEXA, INC., | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kevin McMahon, 191 Marshall Ridge Road, New Canaan, CT 06840 to represent plaintiff LadaTech, LLC in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Derek Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
dfahnestock@mnat.com

*Attorneys For Plaintiff LadaTech, LLC*

June 25, 2010

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Kevin McMahon is granted.

Dated: _____     _____
                                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 6/24/2010

Kevin McMahon
191 Marshall Ridge Road
New Canaan, CT 06840

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2010 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Steven J. Balick, Esquire
>ASHBY & GEDDES

I further certify that I caused copies of the foregoing document to be served on June 25, 2010 upon the following in the manner indicated:

| | |
|---|---|
| Steven J. Balick, Esquire<br>Lauren E. Maguire, Esquire<br>Caroline Hong, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue – 8th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Jeffrey N. Costakos, Esquire<br>Rebecca Jan Pirozzolo-Nellows, Esquire<br>FOLEY & LARDNER LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202-5306 | *VIA ELECTRONIC MAIL* |

/s/ Maryellen Noreika
Maryellen Noreika (#3208))