IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LADATECH, LLC,                )
                              )
         Plaintiff,           )
                              )
   v.                         ) Civ. No. 09-627-SLR
                              )
ILLUMINA, INC. and SOLEXA, INC., )
                              )
         Defendants.          )

**VERDICT SHEET**

We, the jury, unanimously find as follows:

## I. Infringement

### A. Direct Infringement

1. Has LadaTech proven, by a preponderance of the evidence, that Illumina literally infringes the following claims of the '023 patent through its use of the Illumina sample prep kits?

*Checking "yes" below indicates a finding for LadaTech.*
*Checking "no" below indicates a finding for Illumina.*

Claim 12    Yes __✓__    No _____
Claim 13    Yes __✓__    No _____
Claim 14    Yes __✓__    No _____
Claim 15    Yes __✓__    No _____

*If you answered "yes" to any claim in question 1 above, continue to question 2. If you answered "no" to all four claims above, skip to question 3.*

2. Has LadaTech proven, by a preponderance of the evidence, that Illumina literally infringes the following claims of the '023 patent through its use of the Illumina cluster generation products with the Illumina sample prep kits?

*Checking "yes" below indicates a finding for LadaTech.*
*Checking "no" below indicates a finding for Illumina.*

Claim 12    Yes __✓__    No _____
Claim 13    Yes __✓__    No _____
Claim 14    Yes __✓__    No _____
Claim 15    Yes __✓__    No _____

*Continue to the next page.*

3. Has LadaTech proven, by a preponderance of the evidence, that Illumina infringes any of the following claims of the '023 patent under the doctrine of equivalents through its use of the Illumina sample prep kits?

*Checking "yes" below indicates a finding for LadaTech.*
*Checking "no" below indicates a finding for Illumina.*

| Claim | Yes | No |
|---|---|---|
| Claim 12 | ✓ | |
| Claim 13 | ✓ | |
| Claim 14 | ✓ | |
| Claim 15 | ✓ | |

*If you answered "yes" to any claim in question 3 above, continue to question 4. If you answered "no" to all four claims above, skip to question 5.*

4. Has LadaTech proven, by a preponderance of the evidence, that Illumina infringes any of the following claims of the '023 patent under the doctrine of equivalents through its use of the Illumina cluster generation products with the Illumina sample prep kits?

*Checking "yes" below indicates a finding for LadaTech.*
*Checking "no" below indicates a finding for Illumina.*

| Claim | Yes | No |
|---|---|---|
| Claim 12 | ✓ | |
| Claim 13 | ✓ | |
| Claim 14 | ✓ | |
| Claim 15 | ✓ | |

*Continue to the next page.*

## B. Indirect Infringement

5. Has LadaTech proven, by a preponderance of the evidence, that Illumina has induced a customer's infringement of any of the following claims of the '023 patent through its sale of the Illumina sample preparation kits?

*Checking "yes" below indicates a finding for LadaTech.*
*Checking "no" below indicates a finding for Illumina.*

| Claim 12 | Yes ✓ | No ____ |
| Claim 13 | Yes ✓ | No ____ |
| Claim 14 | Yes ✓ | No ____ |
| Claim 15 | Yes ✓ | No ____ |

*If you answered "yes" to any claim in question 5 above, continue to question 6. If you answered "no" to all four claims above, skip to question 7.*

6. Has LadaTech proven, by a preponderance of the evidence, that Illumina has induced a customer's infringement of any of the following claims of the '023 patent through its sale of the Illumina cluster generation products to customers using Illumina sample preparation kits?

*Checking "yes" below indicates a finding for LadaTech.*
*Checking "no" below indicates a finding for Illumina.*

| Claim 12 | Yes ✓ | No ____ |
| Claim 13 | Yes ✓ | No ____ |
| Claim 14 | Yes ✓ | No ____ |
| Claim 15 | Yes ✓ | No ____ |

*Continue to the next page.*

7. Has LadaTech proven, by a preponderance of the evidence, that Illumina contributed to the infringement of any of the following claims of the '023 patent through its sale of the Illumina sample preparation kits?

*Checking "yes" below indicates a finding for LadaTech.*
*Checking "no" below indicates a finding for Illumina.*

Claim 12   Yes __✓__   No _____

Claim 13   Yes __✓__   No _____

Claim 14   Yes __✓__   No _____

Claim 15   Yes __✓__   No _____

*If you answered "yes" to any claim in question 7 above, continue to question 8. If you answered "no" to all four claims above, skip to question 9.*

## II. Validity

### A. Anticipation

8. Has Illumina proven, by clear and convincing evidence, that the following claims of the '023 patent are invalid due to anticipation by the Keith patent?

*Checking "yes" below indicates a finding for Illumina.*
*Checking "no" below indicates a finding for LadaTech.*

Claim 12   Yes _____   No __✓__

Claim 13   Yes _____   No __✓__

Claim 14   Yes _____   No __✓__

Claim 15   Yes _____   No __✓__

*Continue to the next page.*

4

## B. Obviousness

9. Has Illumina proven, by clear and convincing evidence, that the following claims of the '023 patent are invalid due to obviousness?

*Checking "yes" below indicates a finding for Illumina.*
*Checking "no" below indicates a finding for LadaTech.*

| | | |
|---|---|---|
| Claim 12 | Yes_____ | No ✓ |
| Claim 13 | Yes_____ | No ✓ |
| Claim 14 | Yes_____ | No ✓ |
| Claim 15 | Yes_____ | No ✓ |

*Continue to the next page.*