IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LADATECH, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 09-627-SLR |
| ILLUMINA, INC. and SOLEXA, INC., | ) ) ) |
| Defendants. | ) |

**JUDGMENT FOLLOWING A JURY VERDICT**
**PURSUANT TO FED. R. CIV. P. 58(b)**

For reasons stated in the jury verdict of February 28, 2012;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Ladatech, LLC and against defendants Illumina, Inc. and Solexa, Inc.

_____
United States District Judge

Dated: 3/2/2012

_____
(By) Deputy Clerk